District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE NAKABUYE, | No. 2:23-cv-372-RSM |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration: April 21, 2023 |
| Defendants. | |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on May 19, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court to hold the case in abeyance until July 18, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE  - 1  
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS scheduled Plaintiff's asylum interview for May 22, 2023. After the interview, USCIS will need time to adjudicate her asylum application. Once the application is adjudicated, the parties agree that this case will be moot. Accordingly, the parties request a 60-day abeyance to allow USCIS to conduct Plaintiff's interview and process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 18, 2023. The parties will submit a joint status report on or before July 18, 2023.

Dated: April 21, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email: jane@osullivanlawoffice.com
*Attorneys for Plaintiff*

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The case is held in abeyance until July 18, 2023. The parties shall submit a joint status report on or before July 18, 2023. It is so **ORDERED**.

DATED this 24th day of April, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE - 3
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970