District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE NAKABUYE,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>              Defendants. | No. 2:23-cv-372-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>June 22, 2023 |

      Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated Plaintiff's Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION FOR DISMISSAL - 1
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated: June 22, 2023 | Respectfully submitted, |
| | TESSA M. GORMAN<br>Acting United States Attorney |
| | *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 206-428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |
| | *s/Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN<br>WSBA#34486<br>O'Sullivan Law Office<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: 206-340-9980<br>Email: jane@osullivanlawoffice.com<br>*Attorneys for Plaintiff* |

STIPULATED MOTION FOR DISMISSAL   - 2
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 23rd day of June, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR DISMISSAL - 3
(23-cv-372-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970